**Denied and Opinion Filed January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00001-CV**

**IN RE TERRENCE MARK GORE, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-U**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Schenck
Opinion by Justice Bridges

Before the Court is relator's January 3, 2017 petition for writ of mandamus. Relator has appealed the orders complained of in this original proceeding. That appeal remains pending and is docketed as case number 05-16-00370-CV. Relator raises the same issues and asserts the same arguments in his petition for writ of mandamus as he raises and asserts in his brief in case number 05-16-00370-CV. Relator has an adequate remedy on appeal. Accordingly we deny relator's petition for writ of mandamus. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170001F.P05